✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  ILLINOIS

WILLIAM CARR

V.

JONATHAN WALLS, et al.

**JUDGMENT IN A CIVIL CASE**

Case Number:  01-cv-625-DGW

X **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
defendants, Jonathan R. Walls, Roger D. Cowan, M. B. Spiller, and Pam Grubman, dismissed pursuant to an Order of the Honorable William D. Stiehl dated June 13, 2003.

IT IS FURTHER ORDERED AND ADJUDGED that judgment in favor of defendants, Larry Whittenburg and Craig Hein, and against plaintiff William Carr, pursuant to the jury verdict of September 27, 2006.

In light of the jury verdict, Plaintiff is not entitled to compensation or injunctive relief.  As such, Plaintiff's request for injunctive relief is DENIED.

Plaintiff shall take nothing from this action.

| | |
|---|---|
| 9/27/06 | NORBERT G. JAWORSKI |
| Date | Clerk |
| | |
| | s/ Robin M. Butler |
| | (By) Deputy Clerk |

APPROVED:
s/ Donald G. Wilkerson
DONALD G. WILKERSON
U.S. MAGISTRATE JUDGE