~~IN THE CIRCUIT COURT OF THE~~ _____ ~~JUDICIAL CIRCUIT~~
_____ ~~COUNTY, ILLINOIS~~

U.S. District Court, Southern District of Illinois

~~PEOPLE OF THE STATE OF ILLINOIS~~ William Carr )
v. ) Case No. 01-CV-625
Larry Whittenburg, et al )

To: Warden Eddie Jones
Pontiac Correctional Center

Re: Offender William Carr
Offender # A75014

**FILED**
SEP 27 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### ORDER OF HABEAS CORPUS

YOU ARE HEREBY COMMANDED, pursuant to 735 ILCS 5/10-135, as amended, to have the body of the above-named offender of the Illinois Department of Corrections, imprisoned and detained by you, before the Honorable Judge Wilkerson of the U.S. District Court of Southern District of Illinois County, Room 3rd Fl., 750 Missouri Ave, (address) East St. Louis, Illinois. The body aforementioned is to be brought before the Court on 9/28/06 (date) at ____ ☐ a.m. ☐ p.m. trial concluded.

Transport shall not take place until the Warden or his or her designee has been served with an original or certified copy of this order.

Enter: Donald G. Wilkerson
U.S. Magistrate
~~Circuit~~ Judge

Date: 9/27/06